*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 15-BG-8**

IN RE:   KENRICK A. SMALL,
                              Respondent.
**Bar Registration No.  502463**                    **BDN: 312-14**

BEFORE:   Beckwith, Associate Judge, and King and Reid, Senior Judges.

**ORDER**
(FILED - April 30, 2015)

On consideration of the certified order suspending respondent from the practice of law in the state of Massachusetts for a period of six months, this court's January 29, 2015, order suspending respondent pending further action of the court and directing him to show cause why reciprocal discipline should not be imposed, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause but did file the affidavit as required by D.C. Bar R. XI, §14 (g) on February 27, 2015, it is

ORDERED that  Kenrick A. Small is hereby suspended from the practice of law in the District of Columbia for a period six months, *nunc pro tunc* to February 27, 2015. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**